

|  | UNITED STATES DISTRICT COURT | |
|---|---|---|
| JEANNETTE J. CLACK<br>CLERK OF COURT | WESTERN DISTRICT OF TEXAS<br>655 East Cesar E. Chavez Boulevard<br>San Antonio, Texas   78206 | PHILIP J. DEVLIN<br>CHIEF DEPUTY |

**November 8, 2018**

**Leroy Ramirez**
**Erika Herrera Ramirez**
   (Debtors)

Civil Case No. **SA-18-CV-01074-XR**
Bankruptcy No. **18-05242**

**Federal National Mortgage Association**
**Seterus, Inc., and Bank of America, N.A.**
   (Appellants)
v.
**Leroy Ramirez**
   (Appellee)

**NOTICE OF DOCKETING RECORD ON APPEAL**

TO: SEE ATTACHED LIST OF PARTIES TO APPEAL

On October 11, 2018, the following record on appeal being that of: Federal National Mortgage Association, Bank of America, N.A., and Seterus, Inc. filed the Notice of Appeal of the Bankruptcy Court's October 10, 2018 Order (Doc #50); Regarding Motion to Remand was filed in the United States District Court for the Western District of Texas, San Antonio Division, and assigned to the Honorable Judge Xavier Rodriguez.

    Unless the District Court by order in a particular case directs otherwise, the filing of briefs on appeal shall be in accordance with Rule 8018[1] of the Federal Rules of Bankruptcy Procedure provides, in part, as follows:

(1) The appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically.
(2) The appellee must serve and file a brief within 30 days after service of the appellant's brief.
(3) The appellant may serve and file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument unless the district court . . ., for good cause, allows a later filing.

JEANNETTE J. CLACK,
CLERK, U. S. DISTRICT COURT

By:  *Rosanne M. Garza*, Deputy Clerk

---

[1] In cases involving a cross-appeal, the filing of briefs shall be in accordance with Rule 8016 of the Federal Rules of Bankruptcy Procedure.